UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO D. HUFF,

    Plaintiff,

v.                                                      Case No. 2:05-cv-92
                                                       HON. RICHARD ALAN ENSLEN

LYLE RUTTER, et al.,

    Defendants.
_____/

## **ORDER**

       Plaintiff has filed a motion to file a supplement to his response to defendants' motion for summary judgment, with proposed supplemental response. Upon due consideration, the motion (docket #38) is GRANTED and the Clerk shall file plaintiff's supplemental response.

       IT IS SO ORDERED.

                                                          /s/ Timothy P. Greeley
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  November 28, 2005