UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

ANTONIO D. HUFF,

       Plaintiff,                                              Case No. 2:05-cv-92

v.                                                     Hon. Richard Alan Enslen

LYLE RUTTER, et al.,

       Defendants.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 20, 2006, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 25) is **GRANTED** and Plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
July 19, 2006                                       Richard Alan Enslen
                                                            Senior United States District Judge